≈JS 45 (5/97) - (Revised USAO MA 3/25)

# Criminal Case Cover Sheet
**U.S. District Court - District of Massachusetts**

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** FBI

**City** Quincy
**County** Norfolk

**Related Case Information:**
Superseding Ind./ Inf.  no     Case No. 25-mj-6767-MPK
Same Defendant _____   New Defendant  yes
Magistrate Judge Case Number _____
Search Warrant Case Number  see attached
R 20/R 40 from District of _____

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number  25-mj-6397-MPK, 25-mj-6682-MPK   ☑ Yes  ☐ No

## Defendant Information:
**Defendant Name:** Keanu Fernandes          Juvenile: ☐ Yes  ☑ No
Is this person an attorney and/or a member of any state/federal bar: ☐ Yes  ☑ No
**Alias Name:** "Keys"
**Address:** 48 Newton Ave. Brockton MA
**Birth date (Yr only):** 1996   **SSN (last 4#):** 9193   **Sex:** M   **Race:** ___   **Nationality:** ___

**Defense Counsel if known:** _____   **Address:** _____
**Bar Number:** _____

## U.S. Attorney Information
**AUSA:** David Cutshall   **Bar Number if applicable:** 684891

**Interpreter:** ☐ Yes  ☑ No   List language and/or dialect: _____

**Victims:** ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes  ☑ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** Not in custody

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by: Brockton District Court   on #2515CR3276

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment
**Total # of Counts:** ☐ Petty ___   ☐ Misdemeanor ___   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 12/15/2025   **Signature of AUSA:** *David Cutshall*

JS 45  (5/97)  (Revised U.S.D.C. MA 9/20/2023) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Keanu Fernandes

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 846 | Conspiracy to Distribute/PWID Controlled Subs. | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013

Search Warrant Case Number Attachment

25-MJ-6341-MPK
25-MJ-6364-MPK
25-MJ-6370-MPK
25-MJ-6371-MPK
25-MJ-6388-MPK
25-MJ-6389-MPK
25-MJ-6402-MPK
25-MJ-6451-MPK
25-MJ-6452-MPK
25-MJ-6453-MPK
25-MJ-6462-MPK
25-MJ-6466-MPK
25-MJ-6592-MPK
25-MJ-6593-MPK
25-MJ-6594-MPK
25-MJ-6625-MPK
25-MJ-6626-MPK
25-MJ-6752-MPK
25-MJ-6753-MPK
25-MJ-6754-MPK
25-MJ-6755-MPK
25-MJ-6756-MPK
25-MJ-6757-MPK
25-MJ-6758-MPK
25-MJ-6759-MPK
25-MJ-6760-MPK
25-MJ-6761-MPK
25-MJ-6762-MPK
25-MJ-6763-MPK
25-MJ-6764-MPK
25-MJ-6765-MPK
25-MJ-6766-MPK